IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03111-REB-KLM

ERZEBETH WOLFE, an individual,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulation for Entry of Protective Order** [Docket No. 22; Field June 14, 2012], filed as a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

    Dated:  June 18, 2012