IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03111-REB-KLM

ERZEBETH WOLFE, an individual,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A.  Pursuant to the **Order Re: Motion To Dismiss** [#19] entered by Judge Robert E. Blackburn on May 8, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That **Defendant's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6)** [#16] filed January 30, 2012, is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. That the motion is **GRANTED** with respect to plaintiff's Second and Third Claims for Relief set forth in **Plaintiff's First Amended Complaint** [#8] filed January 9, 2012, and those claims are **DISMISSED WITHOUT PREJUDICE** for lack of federal subject matter jurisdiction; and

    b. That in all other respects, the motion is **DENIED**; and

2. That **JUDGMENT IS ENTERED** on behalf of defendant US Bank National Association against plaintiff Erzebeth Wolfe as to the Second and Third Claims for Relief set forth in **Plaintiff's First Amended Complaint** [#8] filed January 9, 2012; provided that **JUDGMENT** as to these claims **IS WITHOUT PREJUDICE**.

B. Pursuant to the **Order Granting Defendant's Motion for Summary Judgment** [#34] entered by Judge Robert E. Blackburn on December 5, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That **Defendant's Motion for Summary Judgment** [#26] filed September 28, 2012, is **GRANTED**;

2. That plaintiff's claims against defendant are **DISMISSED WITH PREJUDICE**;

3. That **JUDGMENT IS ENTERED** on behalf of defendant, US Bank National Association, against plaintiff, Erzebeth Wolfe, as to all claims for relief and causes of action; provided that **JUDGMENT IS WITH PREJUDICE**; and

4. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 10th day of December, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk